UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOHN MOES,

    Plaintiff,

                                Lead Case:    No. 1:11-cv-912
                                Member Case: No. 1:12-cv-1092
v.                                Hon. Hugh W. Brenneman, Jr.

JOHN WOODWARD and
CITY OF GRAND RAPIDS,

    Defendants.
_____/

## JUDGMENT

        In accordance with the Opinion and Order dated November 16, 2012, Judgment is entered in favor of all named defendants and against plaintiff.


Dated:  November 16, 2012                          /s/ Hugh W. Brenneman, Jr.
                                                                   HUGH W. BRENNEMAN, JR.
                                                                   United States Magistrate Judge